FILED
2010 Oct-01 PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA



**CT Corporation**

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com

September 14, 2010

Carolyn Ford
1250 Bridge Rd.,
Arab, AL 35016

Re: Carolyn Ford, Pltf. vs. Saxon Mortgage Services, Inc., et al. including Deutsche Bank National Trust Company, Dfts.

Case No. ~~1:10CV0020~~   10-989 RRA

Dear Sir/Madam:

We are herewith returning the Summons, Complaint, Demand, Service List, Exhibit(s) which we received regarding the above captioned matter.

Deutsche Bank National Trust Company is not listed on our records or on the records of the State of AL.

Very truly yours,

Laura Payne
CT Rep

Log# 517273984

FedEx Tracking# 790234349191

cc: US District Court Northern District Middle Division
1729 5th Avenue, North,
Birmingham, AL 35203